UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

BRIAN HAUSFELD,

    Plaintiff,

v.

MINNESOTA DEPARTMENT OF HUMAN SERVICES, MINNESOTA SEX OFFENDER PROGRAM, EMILY JOHNSON PIPER, NANCY JOHNSON, JANINE HERBET, PETER PUFFER, NANCY STACKEN, KATHRYN LOCKIE, PAUL RODRIGUEZ, HEIDI MENARD, JUSTINA WANDLING, BETH ANDERSON, KATHRYN SCHESSO, JIM BERG, KEVIN MOSER, TERRY KNEISEL, STEVE SAYOVITZ, ANDREA MARALEE KOSLOSKI, LAUREN ESSELSTROM, JASON RENGO, ANTHONY HERRING, JOHN DOE, and JANE DOE,

    Defendants.

Case No. 17-CV-4360-ECT-KMM

**REPORT AND RECOMMENDATION**

---

    In an order dated November 16, 2018, this Court declined granting Plaintiff Brian Hausfeld's application to proceed in forma pauperis and ordered him to file an amended complaint complying with certain pleading requirements. *See* Order 5, ECF No. 7. Mr. Hausfeld was given until December 16, 2018, to file the amended

complaint, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

That deadline has now passed, and Mr. Hausfeld has not filed an amended complaint. In fact, Mr. Hausfeld has not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Date: January 7, 2019

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge

## **NOTICE**

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).