UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Brian Hausfeld, | File No. 17-cv-4360 (ECT/KMM) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Minnesota Department of Human Services, et al., | |
| Defendants. | |

---

The Court has received the January 7, 2019 Report and Recommendation of United States Magistrate Judge Katherine M. Menendez. ECF No. 8. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 8] is **ACCEPTED**;

2. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: January 23, 2019         s/ Eric C. Tostrud
                                Eric C. Tostrud
                                United States District Court